**Order entered December 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

---

### No. 05-22-00171-CV

---

## ANGELIA SMITH, KELVIN SMITH AND ALL OCC, Appellants

## V.

## SNUG OWNER, LLC. D/B/A THE BROOKLYN@9590, Appellee

---

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-05552-D**

---

### ORDER

We **REINSTATE** this appeal as the hearing for which we abated has been held and the requested findings of fact have been filed in a supplemental clerk's record.

As recited in our order abating the appeal, the trial court was to determine whether (1) the reporter's record of the February 2, 2022 trial proceeding accurately disclosed what occurred at trial and (2) a record was made of the March

8, 2022 status conference. The trial court found the February 2 record was accurate and that no record was made of the status conference.

In a "reply to the hearing ordered," appellants note, as they have in two motions determined earlier in this appeal, that the trial was recorded on "YouTube Live" and appear to reassert a request for access to the "YouTube recording" to ensure the record is accurate. Additionally, they assert the trial court was biased and that the court reporter who transcribed the February 2 record and testified at the hearing "was very nervous as if someone was in the room with her coaching her on what to say during the hearing." Finally, they assert the trial court advised them at the March 8 hearing that the hearing was being recorded and, to the extent the trial court found to the contrary, the record is incomplete, entitling them to a new trial under Texas Rule of Appellate Procedure 34.6(f). *See* TEX. R. APP. P. 34.6(f) (providing for new trial where reporter's record is lost or destroyed through no fault of appellant and cannot be replaced but is necessary to the appeal's disposition).

To the extent appellants reassert their request to access the "YouTube recording," we again **DENY** the request as audio and video recordings of trial court proceedings are not part of the reporter's record under the rules of appellate procedure. *See id.* 34.6(a)(1). To the extent appellants otherwise challenge the trial court's findings, the challenge is **OVERRULED**. We **ADOPT** the trial court's

findings and **ORDER** appellants to file their brief on the merits no later than January 18, 2023.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE